# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SCOTT WILLIAM SKYLSTAD

*Plaintiff*

v.

SECRETARY BERNARD WARNER, SUPERINTENDENT DONALD R. HOLBROOK, LT. LESTER LITERAL and HEARINGS OFFICER PIERCE

*Defendant*

Civil Action No. 4:15-CV-5099-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint is dismissed without prejudice pursuant to the Order entered December 30, 2015, ECF No. 11.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr.

Date: 12/30/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas